UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY McPHERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JENNIFER L. THURSTON,<br><br>        Defendant. | Case No.: 1:26-cv-04156-KES-EGC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSNG ACTION AS FRIVOLOUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 5 |

Michael Bruce Anthony McPherson is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983. The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a).  Doc. 5.  The magistrate judge found the sole claim raised "is irrational, fantastical and clearly baseless" and recommended the Court dismiss the action as frivolous. *Id.* at 5; *see also id.* at 4-5.

On June 3, 2026, the Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days.  Doc. 5 at 5.  The Court also informed Plaintiff that failure to file objections may result in the waiver of certain rights. *Id.* at 5-6 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Plaintiff did not file objections and the time to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported

by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued on June 3, 2026 (Doc. 5) are ADOPTED in full.

2. Plaintiff's complaint is DISMISSED as frivolous and without leave to amend.

3. The Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:   June 28, 2026  

_____
UNITED STATES DISTRICT JUDGE